# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**UNSEALED PER ORDER OF COURT**

FILED
MAR 1 3 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEALED

Case No. __18MJ1175__

| | |
|---|---|
| UNITED STATES OF AMERICA | **COMPLAINT** |
| Plaintiff, | |
| v. | TITLE 18 U.S.C. § 111(a)(1) - Assault on a Federal Officer (felony) |
| JACY MEIER, | **[UNDER SEAL]** |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about March 9, 2018, within the Southern District of California, defendant, JACY MEIER, did knowingly and intentionally, willfully and forcibly assault, resist, oppose, impede and interfere with a person named in Title 18, United States Code, Section 1114, namely United States Marshals Service, Deputy U.S. Marshal John Goffin, in that Defendant, in an attempt to resist arrest, assaulted Deputy Goffin while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
THOMAS GRATTAN, DUSM
U.S. Marshals Service

SWORN AND SUBSCRIBED TO
before me this _13_ day of March 2018.

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge

## Statement of Facts

I, Thomas Grattan, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

On March 9, 2018, Deputy United States Marshal (DUSM) John Goffin, assigned to the San Diego Fugitive Task Force, was performing his assigned duties within the Southern District of California. DUSM Goffin's duties are to investigate, locate, and apprehend fugitives and persons of interest. Specifically, DUSM Goffin was assisting in the apprehension and arrest of Jacy MEIER, an individual believed to be involved in a series of home invasion robberies in Chula Vista, California.

At approximately 2:00 a.m., DUSMs and Task Force Officers (TFOs), including DUSM Goffin, were conducting surveillance at a Motel 6 located at 160 East Calle Primera, San Ysidro, California 92173. DUSMs observed an individual, later identified as Jacy MEIER, approach a black 2017 Jaguar four door sedan, a vehicle identified in the Chula Vista robberies.

TFO Matt Coulson, while wearing a ballistic vest with police markings, maneuvered his unmarked police vehicle to the driver's side of the Jaguar, exited his vehicle, drew his weapon, and commanded the driver, "Police! Show me your hands!" MEIER made eye contact with TFO Coulson and refused to comply. Simultaneously, DUSM Goffin maneuvered his vehicle to execute a vehicle pin on the front of the Jaguar being driven by MEIER. There were additional patrol vehicles behind DUSM Goffin that had activated their red and blue emergency lights, further identifying them as police.

MEIER then placed the Jaguar in gear and made contact with DUSM Goffin's vehicle by ramming it. MEIER then executed a U-turn at a high speed and drove through a security chain in his path. MEIER sped down a driveway, onto surface streets, and then onto Interstate 5 North at a high rate of speed and successfully fled. MEIER remains a fugitive at large.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.