ADAM L. BRAVERMAN
United States Attorney
RYAN A. SAUSEDO
Assistant U.S. Attorney
California Bar No. 264075
United States Attorney's Office
880 Front Street, Rm 6293
San Diego, CA 92101
(619) 546-9689

Attorneys for the UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JACY MEIER,<br><br>        Defendant. | Case No. 18cr1673-AJB<br><br>**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT** |

COMES NOW the UNITED STATES OF AMERICA, by and through its counsel, ADAM L. BRAVERMAN, United States Attorney, and Ryan A. Sausedo, Assistant U.S. Attorney, respectfully requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Indictment be dismissed in this case.

On March 29, 2018, an Indictment charging defendant Jacy Meier with assault on a federal officer, in violation of Title 18, United States Code, Section 111(a)(1), was filed in the Southern District of California. Upon further review of the case, as well as in the interests of justice, the United States respectfully moves to dismiss the Indictment without prejudice in this matter.

This motion is unopposed.

DATED: May 17, 2018

Respectfully submitted,
ADAM L. BRAVERMAN
United States Attorney

*s/ Ryan A. Sausedo*
RYAN A. SAUSEDO
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>JACY MEIER,<br>　　　　　Defendant. | Case No. 18cr1673-AJB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

　　　I, Ryan A. Sausedo, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of *Government's Motion to Dismiss the Indictment* and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

　　　**Roxana Sandoval**, counsel for Mr. Meier

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　EXECUTED on May 17, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　*s/Ryan A. Sausedo*
　　　　　　　　　　　　　　　　　　　　　RYAN A. SAUSEDO
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney