1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

JACY MEIER,

15
16

Defendant.

17
18

Case No. 18cr1673-AJB

**ORDER OF DISMISSAL**

AND JUDGMENT

19      Upon motion of the United States of America,

20      IT IS HEREBY ORDERED that the Indictment in the above-entitled case be

21 dismissed without prejudice.

22      **IT IS SO ORDERED.**

23
24 Dated:  May 17, 2018

25
26

Hon. Anthony J. Battaglia
United States District Judge

27
28