# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18-cr-1673-AJB |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| ) | |
| ) | Booking No. 24805111 |
| Jacy Meier ) | |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___5/17/2018___ the Court entered the following order:

- [✓] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [✓] Case dismissed.
- [ ] Case dismissed, charges pending in case no. _____
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

RECEIVED 2018 MAY 18 AM 10:00 U.S. MARSHALS-S/CA

**ANTHONY J. BATTAGLIA**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____
DUSM

JOHN MORRILL
by

Clerk
a. Carslee ext. 3654
Deputy Clerk

Crim-9 (Rev. 8-11)   ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY